UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PERRY O. MACKALL,**

    Plaintiff,

v.                                                      Case No. 05-71493
                                                           Hon. Bernard A. Friedman

**JOSEPH NOVAK,** *et al.,*

    Defendants.

_____/

### MEMORANDUM OPINION AND ORDER

    This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated January 31, 2006.   No objections were filed thereto.

    This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

    ACCORDINGLY:

    IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated January 31, 2006, is hereby accepted and adopted.

    IT IS FURTHER ORDERED that defendants' motion for dismissal is granted.

   March 6, 2006                          s/Bernard A. Friedman
    Detroit, Michigan                    BERNARD A. FRIEDMAN
                                                        CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

     /s/ Patricia Foster Hommel
        **Patricia Foster Hommel
   Secretary to Chief Judge Friedman**